# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARCUS ALBERT ROMERO and NATALIE VICTORIA ROMERO,<br><br>Debtors. | Chapter: 7<br><br>Bankruptcy Case No.: 6:22-bk-12942-WJ<br><br>Appeal No.: 5:23-cv-01910-DOC<br><br>Related Appeal No.'s: 5:23-cv-01907-ODW and 5:23-cv-01010-FLA |
| MARCUS ALBERT ROMERO and NATALIE VICTORIA ROMERO<br><br>Appellants,<br>vs.<br><br>TODD A FREALY, CHAPTER 7 TRUSTEE,<br><br>Appellee. | **ORDER ON STIPULATION OF DISMISSAL OF APPEAL OF THE MOTION FOR TURNOVER OF PROPERTY [DKT. 32]** |

The court, having reviewed the Stipulation of Dismissal of Appeal of the Motion for Turnover of Property (Dkt. 32, "Stipulation") filed on March 28, 2024, and finding good cause therein, hereby ORDERS as follows:

1. The Stipulation is granted with parties bearing their own respective attorneys' fees and costs arising solely from the Appeal;
2. The appeal known as 5:23-cv-01910-FLA is dismissed;
3. The dismissal of this appeal shall have no bearing or legal effect on the related appeal known as 5:23-cv-01010-FLA.

Dated: April 10, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge